JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAUREAN LANIER CAPEHART**, | Case No.: ED CV 19-933-DMG (RAOx) |
| Plaintiff, | |
| v. | |
| **UNITED STATES OF AMERICA, et al.**, | **JUDGMENT** |
| Defendants. | |

The Court having granted, with prejudice, the motion to dismiss filed by Defendants United States of America, Drug Enforcement Agency, and Uttam Dhillon by order dated September 25, 2019 [Doc. # 13],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Taurean Lanier Capehart.

DATED: September 25, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-